Francis W. Ruzicka et al., Copartners Doing Business under the Name of "Ruzicka's", Respondents, v. Edward Rager, Appellant.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

Jose Silva, Respondent, v. Triboro Coach Corp., Appellant.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

H. B. Management Corp., Appellant, v. Arthur Hennech et al., Doing Business as A & J Trading Co., Respondents.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

Lillian Nerenstone, Appellant, v. Augusta Nerenstone, as Executrix of Samuel H. Nerenstone, Deceased, et al., Respondents, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

Lillian Nerenstone, Appellant, v. Augusta Nerenstone, as Executrix of Samuel H. Nerenstone, Deceased, et al., Respondents, et al., Defendants.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

Lillian Nerenstone, Appellant, v. Augusta Nerenstone et al., Respondents, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

Universal Camera Corporation, Appellant, v. B. F. Goodrich Company, Respondent.—